**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)**

| | | |
|---|---|---|
| COURTNEY PUGH, | ) | CASE NO: 1:24-cv-00533 |
| | ) | |
| Plaintiff, | ) | JUDGE MATTHEW W. MCFARLAND |
| | ) | |
| ENSEMBLE RCM, LLC, | ) | **NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO CIV.R. 41(A)** |
| | ) | |
| Defendants. | ) | |

Plaintiff Courtney Pugh, by and through counsel, hereby dismisses all claims and parties *without prejudice,* pursuant to Civ. R. 41(A). Each party shall bear its own attorneys' fees and costs.

Dated this 1st day of November, 2024.

    Respectfully submitted,

*/s/Trisha Breedlove*_____
Trisha Breedlove (0095852)
**SPITZ, THE EMPLOYEE'S LAW FIRM**
1103 Schrock Road, Suite 307
Columbus, Ohio 43229
Phone:    (614) 556-4811
Fax:        (216) 291-5744
Email: trisha.breedlove@spitzlawfirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 1st day of November 2024, the foregoing was filed using the Court's CM/ECF system, which will serve a copy of the same on all counsel of record.

*/s/Trisha Breedlove*_____
Trisha Breedlove (0095852)
**SPITZ, THE EMPLOYEE'S LAW FIRM**